In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for Opening Rochester Avenue in the Borough of Brooklyn.

THE CITY OF NEW YORK et al., Appellants and Respondents; LIBBY KUHNBERG et al., Respondents and Appellants.

(Submitted July 3, 1934; decided October 2, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 607.)

SHELTON HOLDING CORPORATION, Appellant, v. 150 EAST FORTY-EIGHTH STREET CORPORATION et al., Respondents.

(Submitted July 3, 1934; decided October 2, 1934.)

Motions to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 339.)

ALFRED GARTHE, Respondent, v. JACOB RUPPERT, Appellant.

(Submitted July 3, 1934; decided October 2, 1934.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 290.)